

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of X.S., a Juvenile

No. 06-22-00073-CV

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 5105-J). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the juvenile court's order of transfer.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 14, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk